FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Kathleen Diane Young**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S): (H) **Kathleen Diane Young**    S.S.# **xxx-xx-5165**
(W)    S.S.#

ADDRESS: **2670 Kate Bond Road**
**Memphis, TN 38133**

PLAN PAYMENT: Debtor(s) to pay $ **2,358.00**    (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:    OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT: **various**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

AUTO INSURANCE:    ( ) Not included in Plan    ( ) Included in Plan    $ **-NONE-**
CHILD SUPPORT: Future support through Plan to    $ **-NONE-**
Child support arrearage amount    $
PRIORITY CREDITORS: **-NONE-**    $ **-NONE-**

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Rushmore Loan Managment**    Ongoing pmt. Begin **December 1, 2015**    $ **900.00**
Approx. arrearage **70,000.00**    Interest **0.00** %    $ **1,207.00**

SECURED CREDITORS;    VALUE    RATE OF    MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.
**-NONE-**    $    %    $

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$5,100.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Brian W. Lynn 016796**
**Attorney-at-Law**
**67 Madison Avenue Suite 714**
**Memphis, TN 38103**
**(901) 276-3334 Fax:(901) 276-4715**